# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                    Plaintiff,<br><br>vs.<br><br>FARREN ALCOSER,<br><br>                                    Defendant. | CASE NO. 18cr4218-LAB<br><br>**ORDER GRANTING MOTION TO MODIFY SENTENCE**<br><br>**[Dkt. No. 316]** |

On May 1, 2020, Defendant Farren Alcoser filed a motion to modify her sentence under 18 U.S.C. § 3582(c)(1)(A)(I). Dkt. No. 316. The government does not oppose her motion. Dkt. No. 321. For good cause shown, Alcoser's motion is **GRANTED**. The Court **ORDERS** that Alcoser's sentence is modified to allow her to serve the unserved portion of her sentence under house arrest.

**IT IS SO ORDERED**.

Dated:  May 6, 2020

*[signature]*

**HONORABLE LARRY ALAN BURNS**
Chief United States District Judge